UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TERRANCE L. COSGROVE,<br><br>        Defendant. | CASE NO. CR15-0230-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Terrance Cosgrove's motion to seal his sentencing memorandum (Dkt. No. 39). Given the sensitive information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No. 39) is GRANTED. Docket Number 40 shall REMAIN sealed.

DATED this 3rd day of May 2017.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk