# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0230-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TERRANCE L. COSGROVE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Terrance Cosgrove's motion to seal (Dkt. No. 55) his motion to extend his self-surrender date (Dkt. No. 56). The Government does not object to the motion to seal. Given the sensitive information contained in the motion to extend and its exhibits, the Court finds a compelling reason to seal. **The motion to seal (Dkt. No. 55) is GRANTED. Docket Number 56 and its exhibits shall REMAIN sealed.**

A ruling on Defendant's motion to extend the self-surrender date (Dkt. No. 56) shall be forthcoming.

//

//

//

DATED this 25th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
