UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE COSGROVE,<br><br>　　　　　Defendant. | CASE NO. CR15-0230-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Terrance Cosgrove's motion to extend his self-surrender date (Dkt. No. 56). Defendant seeks an extension from August 30, 2017 to December 7, 2017 to accommodate a September 7 surgery and recovery period. (*Id.* at 1.) The Government stipulates to an extension but disputes the necessary length of time. (Dkt. No. 57 at 1-2.) The Government maintains that a 45-day extension is sufficient and fair. (*Id.* at 2.)

The Court agrees with the Government. Given the length of time this case has been pending, the circumstances of Defendant's surgery and recovery, and his placement at Terminal Island, the Court finds that a 45-day extension is appropriate and sufficiently addresses Defendant's medical needs. **Defendant's motion (Dkt. No. 56) is thus GRANTED in part. His self-surrender date is EXTENDED by 45 days.**

//

//

DATED this 28th day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE