THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE COSGROVE,<br><br>Defendant. | CASE NO. CR15-0230-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Terrance Cosgrove's motion to seal (Dkt. No. 60) and second motion to extend his self-surrender date (Dkt. No. 61).

The Government does not object to the motion to seal. Given the sensitive information contained in the motion to extend and its exhibits, the Court finds a compelling reason to seal. **The motion to seal (Dkt. No. 60) is GRANTED. Docket Number 61 and its exhibits shall REMAIN sealed.**

The Court finds an extension of Defendant's self-surrender date is not appropriate. **Defendant's motion (Dkt. No. 61) is DENIED.**

//

//

DATED this 13th day of October 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk