THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0230-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| TERRANCE L. COSGROVE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's request for appointment of counsel (Dkt. No. 71). Having thoroughly considered the request and the relevant record, and finding good cause, the Court hereby GRANTS the motion. The Court DIRECTS the Criminal Justice Act ("CJA") Administrator to appoint an attorney from the CJA Panel to represent Defendant in this matter. The Court reserves ruling on Defendant's motion to reduce his sentence pursuant to the First Step Act (Dkt. No. 71).

DATED this 27th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR15-0230-JCC
PAGE - 1