THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0230-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| TERRANCE L. COSGROVE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time (Dkt. No. 72) to respond to Defendant's motion to reduce his sentence pursuant to the First Step Act (Dkt. No. 71). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. The Government's response to Defendant's motion to reduce his sentence shall be filed no later than January 13, 2020. The Clerk is DIRECTED to renote Defendant's motion to reduce his sentence (Dkt. No. 71) to January 13, 2020.

//
//
//

DATED this 27th day of December 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk