UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0230-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TERRANCE L. COSGROVE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant to file a reply to the Government's response to Defendant's motion for compassionate release (Dkt. No. 84). The Court, finding good cause, hereby GRANTS the motion. Defendant shall file his reply to the Government's response to Defendant's motion for compassionate release no later than February 18, 2020. The Clerk is DIRECTED to renote Defendant's pending motion for compassionate release (Dkt. No. 71) to February 18, 2020.

DATED this 14th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk